**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7055**

---

ROBERT SCHAEFFER,

Plaintiff - Appellant,

versus

MR. JACOBS, Cecil County Detention Center;
CORPORAL CHATMAN, Cecil County Detention
Center; OFFICE OF PROTHONTARY SUPERIOR COURT;
JUDGE ALFORD, Superior Court,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
02-1952-CCB)

---

Submitted: September 5, 2002      Decided: September 11, 2002

---

Before MOTZ, KING, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Robert Schaeffer, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Schaeffer appeals the dismissal of his action as to two of the four Defendants in his 28 U.S.C. § 1983 (2000) action. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED